**Appeal Dismissed and Memorandum Opinion filed April 16, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00114-CV

## IN THE MATTER OF THE MARRIAGE OF MOWAFAC A. JABRI AND SIRINE M. JABRI

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2016-47206**

## MEMORANDUM OPINION

This is an attempted appeal from action purportedly taken by the trial court on January 27, 2020, abating a motion to expunge a Lis Pendens, in favor of the 113rd District Court (as evidenced by the docket sheet). The record before this court contains no appealable order.

On March 18, 2020, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before April 3, 2020. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Wise and Zimmerer.